FILED:  January 19, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-2220**

_____

UNITED STATES OF AMERICA,

Creditor – Appellant,

v.

FABIO ALICEA; SARAH J. ZABEK,

Debtors – Appellees.

_____

O R D E R

_____

The Court amends its opinion filed on January 19, 2023, as follows:

In the first paragraph on page 18, the citation to *NFIB v. Sebelius* is corrected to read, "567 U.S. 519 (2012)."

For the Court – By Direction

/s/ Patricia S. Connor, Clerk